**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**NYDIA MERCADO PEEBLES, ET AL.,**

                      **CV. NO. 16-532-JWD-EWD**

**VERSUS**

                      **JUDGE JOHN W. deGRAVELLES**

**INTEGRA LIFESCIENCES CORPORATION**

## JUDGMENT

The Court has issued a Ruling and Order granting Defendant's Motion for Summary Judgment. For the reasons discussed therein, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiffs and that Plaintiffs' claims are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on <u>March 1, 2018</u>.

 

 

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**